IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOZART NOEL,

    Petitioner,

v.                                                                                        4:13cv275-WS

CHARLES CREEL, et al.,

    Respondents.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 22, 2013. See Doc. 16. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation. Indeed, his copy of the report and recommendation was returned to the court as undeliverable. Despite having been previously ordered to provide the court with a current address, the petitioner has failed to do so.

The court having determined that the report and recommendation should be adopted, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus is DISMISSED for lack of

jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this 26th day of September , 2013.


 s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITE D STATES DISTRICT JUDGE